IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC MINCHAK,**<br><br>Petitioner,<br><br>v.<br><br>**PATRICK COVELLO, Warden,**<br><br>Respondent. | Case No. 2:20-cv-00063-KJM-GGH<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR FIRST ENLARGEMENT OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an answer to the petition for writ of habeas corpus be granted enlarging by thirty additional days the time for Respondent to file a responsive pleading and allowing Respondent to and including May 13, 2020, to file such pleading.

Dated: April 14, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE